1  PHILLIP A. TALBERT
   United States Attorney
2  BRIAN A. FOGERTY
   NIRAV K. DESAI
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6

7  Attorneys for Plaintiff
   United States of America

8

IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      CASE NO. 2:17-CR-225 TLN

12           Plaintiff,

13       v.                 STIPULATION AND PROTECTIVE
                                     ORDER RE: DISSEMINATION OF DISCOVERY
14  LUIS JOSE RUIZ GAINZA,           MATERIALS
   RICARDO GABRIELE-PLAGE,

15           Defendants.

16

17

18

19       Pursuant to Fed. R. Crim. P. 16(d), the undersigned parties in this case, *United States v. Gainza,*

20  *et al.*, 2:17-cr-225 TLN, stipulate and agree, and respectfully request that the Court order that:

21       1.    The United States shall produce discovery containing personal identifying information of

22  third parties subject to this stipulation and associated protective order.

23       2.    Certain documents in the United States' discovery production contain names and

24  personal identifying information of the defendants and other individuals (hereinafter, the "Protected

25  Material"). Such personal identifying information includes, but is not limited to, surnames, street

26  addresses, telephone numbers, drivers' license numbers, social security numbers, financial account

27  numbers, dates of birth, and any other alphanumeric identifiers attributed to any person. Any pages of

28  discovery that contain no personal identifying information or which have had the personal identifying

information redacted are not subject to this order.

3. The Protected Material is now and will forever remain the property of the United States. The Protected Material is entrusted to counsel for each defendant only for purposes of representation in this case. Defense counsel will return discovery or certify that it has been shredded at the conclusion of the case or upon the termination of defense counsel's document retention obligations, whichever is later.

4. Defense counsel will store the Protected Material in a secure place and will use reasonable care to ensure that it is not disclosed to individuals not authorized to access such material under this agreement.

5. Counsel for each defendant shall not give Protected Material or any copy of Protected Material to any person other than counsel's staff, investigator, or retained expert(s). The terms "staff," "investigator," and "expert" shall not be construed to describe any defendant or other person not either regularly employed by counsel or a licensed investigator or expert hired in this case.

6. Any person receiving Protected Material or a copy of Protected Material from counsel for the defendants shall be bound by the same obligations as counsel and further may not give the Protected Material to anyone (except that the Protected Material shall be returned to counsel).

7. Counsel shall maintain a list of persons to whom any Protected Material, or copies thereof, has been given. Such persons shall sign a copy of the Stipulation and Order.

8. The defendants may review the Protected Material and be aware of its contents, but shall not be given control of the Protected Material or any copies thereof. Notwithstanding the foregoing, counsel is permitted to provide the defendants with copies of documents otherwise classifiable as Protected Material so long as counsel completely redacts all personal identifying information from those documents prior to providing them to the defendants.

9. Defense counsel shall advise government counsel of any subpoenas, document requests, or claims for access to the discovery by third parties in order that the government may take action to resist or comply with such demands as it may deem appropriate, to the degree that such advice does not conflict with other of defense counsel's legal or ethical obligations arising from the presence of any subpoenas, document requests, or claims for access to the discovery by third parties.

10. The foregoing notwithstanding, after the Trial Confirmation Hearing in this case, counsel,

staff, and investigator for the defendants who have confirmed for trial may make copies of the Protected Material for trial preparation and presentation. Any copies must, however, remain in the possession of counsel, staff, investigator, expert, or the Court.

Respectfully Submitted,

PHILLIP A. TALBERT
United States Attorney

Dated: December 22, 2017     By: /s/ BRIAN A. FOGERTY
                                                BRIAN A. FOGERTY
                                                Assistant United States Attorney

Dated: December 22, 2017     By: /s/ HANNAH LABAREE
                                                HANNAH LABAREE
                                                Assistant Federal Defender
                                                Attorney for Luis Jose Ruiz Gainza

Dated: December 22, 2017     By: /s/ KRESTA DALY
                                                KRESTA DALY
                                                Attorney for Ricardo Gabriele-Plage

By agreement of the parties, and good cause appearing, IT IS SO ORDERED:

Dated: December 22, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE