| | |
|---|---|
| 1 | Kresta Nora Daly, SBN 199689 |
| | **BARTH DALY LLP** |
| 2 | 431 "I" Street, Suite 201 |
| | Sacramento, California 95814 |
| 3 | Telephone: (916) 440-8600 |
| | Facsimile: (916) 440-9610 |
| 4 | Email: kdaly@barth-daly.com |
| 5 | Attorneys for Defendant |
| | RICARDO GABRIELE-PLAGE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-00225-TLN |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| LUIS RUIZ JOSE GAINZA AND RICARDO GABRIELE-PLAGE, | |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through Brian Fogerty, Assistant United States Attorney, and defendant Luis Ruiz Jose Gainza and his attorney Hannah Labaree, and defendant Ricardo Gabriele-Plage through his counsel, Kresta Daly, that:

1. By previous order, this matter was set for a status conference on April 19, 2018.

2. By this stipulation, defendants now seek to move the status hearing to July 12, 2018. The defendants seek to exclude time under Local Code T4. Plaintiff does not oppose this request.

3. The parties stipulate and request the Court make the following findings:

4. The reason for the continuance is to allow the defense time to investigate, review discovery and examine possible defenses.

5. Defense counsel has requested additional discovery from the government. The government is in the process of providing that information to the defense. Once the

STIPULATION AND ORDER -1- [Case No. 2:17-CR-00225-TLN]

defense receives it the defense will require time to review and investigate. This process is slowed by the fact that both defendants require the assistance of a Spanish interpreter. Additionally, Mr. Gabriele-Plage is housed in the Nevada County Jail.

6. Counsel for the defendants believe that failure to grant the above requested additional time would deny the defense reasonable time necessary for effective preparation, taking into account due diligence.

7. The government does not object to a continuance.

8. Based on the above stated findings the ends of justice served by continuing the case outweigh the interests of the public and the defendants in a Speedy Trial.

9. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 19, 2018 through July 12, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

10. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period.

IT IS SO STIPULATED.

Dated: April 11, 2018.    Respectfully submitted,

By    /s/ Kresta Nora Daly for
       Hannah Labaree
       Office of the Federal Defender
       Attorneys for Luis Ruiz Jose Gainza

Dated: April 11, 2018.    Respectfully submitted,

By    /s/ Kresta Nora Daly
       Kresta Nora Daly
       Attorneys for Ricardo Gabriele-Plage

Dated: April 11, 2018.    By    /s/ Kresta Nora Daly for
       Brian Fogerty
       Assistant United States Attorney

# ORDER

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial. The Court orders that the time from the date of the parties' stipulation, up to and including July 12, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare) as to all defendants. It is further ordered that the April 19, 2018 status conference shall be continued until July 12, 2018, at 9:30 a.m.

Dated: April 12, 2018

Troy L. Nunley
United States District Judge