McGREGOR W. SCOTT
United States Attorney
BRIAN FOGERTY
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-0225 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| LUIS RUIZ JOSE GAINZA; RICARDO GABRIELL-PLAGE, | DATE: July 12, 2018<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on July 12, 2018.

2. By this stipulation, defendants now move to continue the status conference until August 23, 2018, at 9:30 a.m., and to exclude time between July 12, 2018, and August 23, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes Bates-stamped discovery numbered GAINZA_00000001 through GAINZA_00000830, consisting of reports and other documents, photographs, videos, and several spreadsheets produced in native format. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) During the proceedings, defense counsel have made additional discovery requests,

one of which was made on or about June 28, 2018. Once the defense receives it the defense will require time to review and investigate.

  c) Counsel for defendants desire additional time to review discovery, consult with their respective clients in light of the discovery, conduct investigation and research related to the charges and potential defenses, and otherwise prepare for trial. Additionally, defense counsel's preparation is also slowed by the fact that both defendants require the assistance of a Spanish interpreter, and defendant Gabriele-Plage is housed in the Nevada County Jail.

  d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e) The government does not object to the continuance.

  f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 12, 2018 to August 23, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 9, 2018
McGREGOR W. SCOTT
United States Attorney

/s/ NIRAV K. DESAI
NIRAV K. DESAI
Assistant United States Attorney

Dated: July 9, 2018
/s/ Nirav K. Desai for Hannah Labaree (as approved July 9, 2018)
HANNAH LABAREE
Assistant Federal Defender
Counsel for Defendant
LUIS RUIZ JOSE GAINZA

Dated: July 9, 2018
/s/ Nirav K. Desai for Kresta Daly (as approved July 6, 2018)
KRESTA DALY, ESQ.
Assistant Federal Defender
Counsel for Defendant
RICARDO GABRIELE-PLAGE

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 10th day of July, 2018.

Troy L. Nunley
United States District Judge