1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  HANNAH R. LABAREE, #294338
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
LUIS JOSE RUIZ GAINZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00225-TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| LUIS JOSE RUIZ GAINZA and RICARDO GABRIELE-PLAGE, | DATE: August 23, 2018<br>TIME  9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |
| Defendant. | |

IT IS HEREBY STIPULATED by and between United States Attorney McGregor W. Scott, through Assistant United States Attorney Brian Fogerty, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hannah R. Labaree, attorneys for LUIS JOSE RUIZ GAINZA, and Attorney Kresta Daly, attorney for co-defendant RICARDO GABRIELE-PLAGE, that the status conference scheduled for August 23, 2018 be vacated and be continued to September 20, 2018 at 9:30 a.m.

To date, the government has produced discovery in the form of hundreds of pages of documents, as well as a substantial amount of video.  Defense counsel requires additional time to review discovery with the defendants, to continue with the investigation, and to pursue negotiations with the government toward a resolution of the case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded from this order's date through and including September 20, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: August 14, 2018     Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender
Attorney for LUIS JOSE RUIZ GAINZA

DATED: August 14, 2018

*/s/ Kresta Daly*
KRESTA DALY
Attorney for RICARDO GABRIELE-PLAGE

DATED: August 14, 2018     MCGREGOR W. SCOTT
United States Attorney

*/s/ Brian Fogerty*
BRIAN FOGERTY
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders a status conference on September 20, 2018, at 9:30 a.m. The Court orders the time from August 23, 2018 up to and including September 20, 2018, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: August 14, 2018

_____
Troy L. Nunley
United States District Judge