| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, #294338 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |

Attorney for Defendant
LUIS JOSE RUIZ GAINZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00225-TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| LUIS JOSE RUIZ GAINZA and RICARDO GABRIELE-PLAGE, | DATE: October 25, 2018<br>TIME 9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |
| Defendant. | |

IT IS HEREBY STIPULATED by and between United States Attorney McGregor W. Scott, through Assistant United States Attorney Brian Fogerty, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hannah R. Labaree, attorneys for LUIS JOSE RUIZ GAINZA, and Attorney Kresta Daly, attorney for co-defendant RICARDO GABRIELE-PLAGE, that the status conference scheduled for October 25, 2018 be vacated and be continued to December 6, 2018 at 9:30 a.m.

To date, the government has produced discovery in the form of hundreds of pages of documents, as well as a substantial amount of video evidence. Defense counsel requires additional time to continue to review discovery with the defendants, to conduct further investigations, and to pursue negotiations with the government toward a resolution of the case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

Stipulation and Order
to Continue Status Conference
-1-

excluded from this order's date through and including December 6, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: October 17, 2018  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender
Attorney for LUIS JOSE RUIZ GAINZA

DATED: October 17, 2018

*/s/ Kresta Daly*
KRESTA DALY
Attorney for RICARDO GABRIELE-PLAGE

DATED: October 17, 2018  MCGREGOR W. SCOTT
United States Attorney

*/s/ Brian Fogerty*
BRIAN FOGERTY
Assistant United States Attorney
Attorney for Plaintiff

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders a status conference on December 6, 2018, at 9:30 a.m. The Court orders the time from October 25, 2018 up to and including December 6, 2018, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: October 23, 2018

HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT COURT JUDGE