1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  HANNAH R. LABAREE, #294338
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Tel: 916-498-5700/Fax 916-498-5710

5

6  Attorney for Defendant
   LUIS JOSE RUIZ GAINZA
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | Case No. 2:17-cr-00225-TLN |
12 | Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
13 | v. | |
14 | LUIS JOSE RUIZ GAINZA and RICARDO GABRIELE-PLAGE, | DATE: December 6, 2018<br>TIME 9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |
15 | | |
16 | Defendant. | |

17
       IT IS HEREBY STIPULATED by and between United States Attorney McGregor W.
18
   Scott, through Assistant United States Attorney Brian Fogerty, attorney for Plaintiff, and Federal
19
   Defender Heather Williams, through Assistant Federal Defender Hannah R. Labaree, attorneys
20
   for LUIS JOSE RUIZ GAINZA, and Attorney Kresta Daly, attorney for co-defendant
21
   RICARDO GABRIELE-PLAGE, that the status conference scheduled for December 6, 2018 be
22
   vacated and be continued to January 24, 2019 at 9:30 a.m.
23
       To date, the government has produced discovery in the form of hundreds of pages of
24
   documents, as well as a substantial amount of video evidence. Defense counsel still requires
25
   additional time to continue to review discovery with the defendants, to conduct further
26
   investigations, and to pursue negotiations with the government toward a resolution of the case.
27
       Based upon the foregoing, the parties agree time under the Speedy Trial Act should be
28

Stipulation and [Proposed] Order         -1-
to Continue Status Conference

excluded from this order's date through and including January 24, 2019, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: December 3, 2018     Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender
Attorney for LUIS JOSE RUIZ GAINZA

DATED: December 3, 2018

*/s/ Kresta Daly*
KRESTA DALY
Attorney for RICARDO GABRIELE-PLAGE

DATED: December 3, 2018     MCGREGOR W. SCOTT
United States Attorney

*/s/ Brian Fogerty*
BRIAN FOGERTY
Assistant United States Attorney
Attorney for Plaintiff

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders a status conference on January 24, 2019, at 9:30 a.m. The Court orders the time from December 6, 2018 up to and including January 24, 2019, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: December 4 , 2018

Troy L. Nunley
United States District Judge