Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2810 Fifth Street
Davis, California 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
RICARDO GABRIELE-PLAGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LUIS RUIZ JOSE GAINZA AND RICARDO GABRIELE-PLAGE,<br><br>  Defendants. | Case No. 2:17-CR-00225-TLN<br><br>**STIPULATION AND ORDER** |

It is hereby stipulated and agreed to between the United States of America through Brian Fogerty, Assistant United States Attorney; defendant Luis Ruiz Jose Gainza through his attorney, Hannah Labaree; and defendant Ricardo Gabriele-Plage through his counsel, Kresta Daly, that:

1. By previous order, this matter was set for a status conference on February 21, 2019.

2. By this stipulation, defendants now seek to move the status hearing to April 4, 2019. The defendants seek to exclude time under Local Code T4. Plaintiff does not oppose this request.

3. The parties stipulate and request the Court make the following findings:

4. The reason for the continuance is to allow the defense time to investigate, review discovery and examine possible defenses.

   a. Counsel for the defendants believe that failure to grant the above requested

1  additional time would deny the defense reasonable time necessary for effective preparation, taking into account due diligence.

    b.    The government does not object to a continuance.

    c.    Based on the above stated findings the ends of justice served by continuing the case outweigh the interests of the public and the defendants in a Speedy Trial.

    d.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 21, 2019 through April 4, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

    e.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period.

IT IS SO STIPULATED.

Dated:  February 15, 2019.    Respectfully submitted,

By    /s/ Kresta Nora Daly for
Hannah Labaree
Office of the Federal Defender
Attorneys for Luis Ruiz Jose Gainza

Dated:  February 15, 2019.    Respectfully submitted,

By    /s/ Kresta Nora Daly
Kresta Nora Daly
Attorneys for Ricardo Gabriele-Plage

Dated:  February 15, 2019.    By    /s/ Kresta Nora Daly for
Brian Fogerty
Assistant United States Attorney

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA

**ORDER**

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial. The Court orders that the time from the date of the parties' stipulation, up to and including April 4, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare) as to all defendants. It is further ordered that the February 21, 2019 status conference shall be continued until April 4, 2019, at 9:30 a.m.

Dated: February 19, 2019

_____
HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT COURT JUDGE