1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  HANNAH R. LABAREE, #294338
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Tel: 916-498-5700/Fax 916-498-5710

6  Attorney for Defendant
   LUIS JOSE RUIZ GAINZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00225-TLN-001 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| LUIS JOSE RUIZ GAINZA and RICARDO GABRIELE-PLAGE, | DATE: May 9, 2018<br>TIME 9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |
| Defendant. | |

IT IS HEREBY STIPULATED by and between United States Attorney McGregor W. Scott, through Assistant United States Attorney Brian Fogerty, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hannah R. Labaree, attorneys for LUIS JOSE RUIZ GAINZA, that the status conference scheduled for May 9, 2019 be vacated. It is further stipulated that the matter be set for a hearing on Change of Plea hearing on May 16, 2019 at 9:30 a.m.

To date, the government has produced discovery in the form of hundreds of pages of documents, as well as a substantial amount of video evidence. Defense counsel requires additional time to continue to review discovery with the defendants, to conduct further investigations, and to pursue negotiations with the government toward a resolution of the case.

//

Stipulation and [Proposed] Order
To Continue the Case and                     -1-
Set For a Change of Plea

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including May 16, 2019, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: May 7, 2019   Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender
Attorney for LUIS JOSE RUIZ GAINZA

DATED: May 7, 2019   MCGREGOR W. SCOTT
United States Attorney

*/s/ Brian Fogerty*
BRIAN FOGERTY
Assistant United States Attorney
Attorney for Plaintiff

Stipulation and [Proposed] Order
To Continue the Case and
Set For a Change of Plea
-2-

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders a Change of Plea hearing on May 16, 2019, at 9:30 a.m. The Court orders the time from May 9, 2019 up to and including May 16, 2019, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: May 7, 2019

_____
Troy L. Nunley
United States District Judge

Stipulation and [Proposed] Order
To Continue the Case and
Set For a Change of Plea

-3-