UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>LUIS JOSE RUIZ GAINZA,<br><br>                    Defendant. | CASE NO. 2:17-CR-225-TLN<br><br>ORDER SEALING EXHIBITS A AND C TO UNITED STATES' RESTITUTION MEMORANDUM |

      Pursuant to Local Rule 141(b) and based upon the representation contained in the United States' Request to Seal, IT IS HEREBY ORDERED that Exhibits A and C to the United States' Restitution Memorandum pertaining to Defendant Luis Jose Ruiz Gainza shall be SEALED until further order of this Court.

      It is further ordered that access to the sealed documents shall be limited to the government and counsel for Defendants Luis Jose Ruiz Gainza and Ricardo Gabriele-Plage.

      The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Government's request, sealing Exhibits A and C serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the United States would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing Exhibits A and C that would adequately protect the compelling

1

interests identified by the United States.

Dated: March 3, 2020

_____
Troy L. Nunley
United States District Judge