UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
October 29, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LUIS JOSE RUIZ GAINZA,<br><br>　　　　　Defendant. | Case No. 2:17-CR-00225-01-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release LUIS JOSE RUIZ GAINZA, Case No. 2:17-CR-00225-01-TLN Charges 18 U.S.C. § 371, 18 U.S.C. § 1344(2), 18 U.S.C. § 1029(a)(3), 18 U.S.C. § 1029(a)(4) and 18 U.S.C. § 1028A(a)(1), from custody for the following reasons:

　　　　　_____ Release on Personal Recognizance

　　　　　_____ Bail Posted in the Sum of $ _____

　　　　　　　　_____ Unsecured Appearance Bond $ _____

　　　　　　　　_____ Appearance Bond with 10% Deposit

　　　　　　　　_____ Appearance Bond with Surety

　　　　　　　　_____ Corporate Surety Bail Bond

　　　　　　　X   (Other): TIME SERVED.

Issued at Sacramento, California on October 29, 2020.

　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　District Judge Troy L. Nunley