HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
LUIS JOSE RUIZ GAINZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00225-TLN |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER AMENDING CONDITIONS OF SUPERVISED RELEASE |
| LUIS JOSE RUIZ GAINZA and RICARDO GABRIELE-PLAGE, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between United States Attorney McGregor W. Scott, through Assistant United States Attorney Brian Fogerty, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hannah R. Labaree, attorneys for LUIS JOSE RUIZ GAINZA, that the Special Conditions of Mr. Gainza's supervised release (CR 134 at p. 6) be amended as follows.

Special condition number 3 currently reads:

The defendant shall consent to the probation officer and/or probation service representative conducting periodic unannounced examinations of (a) any computer, or (b) computer-related device, or (c) equipment that has an internal or external modem which is in the possession or control of the defendant. The defendant consents to retrieval and copying of all data from any such computer, computer-related device, or equipment as well as any internal or external peripherals to ensure compliance with conditions. The defendant consents to removal of such computer, computer-related device, and equipment for purposes of conducting a more thorough inspection and analysis.

Stipulation and Order
Amending the Conditions of Release         -1-

The defendant consents to having installed on any computer, computer-related device, and equipment, at the defendant's expense, any hardware or software systems to monitor the use of such computer, computer-related device, and equipment at the direction of the probation officer, and agrees not to tamper with such hardware or software and not install or use any software programs designated to hide, alter, or delete his computer activities. The defendant consents to not installing new hardware without the prior approval of the probation officer.

The parties hereby stipulate that the condition be amended as follows. The additional language is bolded for clarity of this Court's review.

The defendant shall consent to the probation officer and/or probation service representative conducting periodic unannounced examinations of (a) any computer, or (b) computer-related device, or (c) equipment that has an internal or external modem **which belongs to or has been used by the defendant. This does not include computers, computer-related devices, or equipment with an internal or external modem which (1) belong to other individuals residing with the defendant and (2) the defendant has not used. Prior to using any computer, computer-related device, or equipment with an internal or external modem, the defendant shall contact the probation officer and/or probation service representative and identify the device or equipment.** The defendant consents to retrieval and copying of all data from any such computer, computer-related device, or equipment as well as any internal or external peripherals to ensure compliance with conditions. The defendant consents to removal of such computer, computer-related device, and equipment for purposes of conducting a more thorough inspection and analysis.

The defendant consents to having installed on any computer, computer-related device, and equipment, at the defendant's expense, any hardware or software systems to monitor the use of such computer, computer-related device, and equipment at the direction of the probation officer, and agrees not to tamper with such hardware or software and not install or use any software programs designated to hide, alter, or delete his computer activities. The defendant consents to not installing new hardware without the prior approval of the probation officer.

Mr. Gainza lives with his sister in Miami, Florida, and is supervised by Probation Officer John Carles out of the United States Probation Office in the Southern District of Florida. Officer Carles has no objection to the proposed amendment to Mr. Gainza's conditions of release.

DATED: June 22, 2021          Respectfully submitted,

                                         HEATHER E. WILLIAMS
                                         Federal Defender

                                         */s/ Hannah R. Labaree*

| | |
|---|---|
| | HANNAH R. LABAREE<br>Assistant Federal Defender<br>Attorney for LUIS JOSE RUIZ GAINZA |
| DATED: June 22, 2021 | MCGREGOR W. SCOTT<br>United States Attorney<br><br>*/s/ Brian Fogerty*<br>BRIAN FOGERTY<br>Assistant United States Attorney<br>Attorney for Plaintiff |

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court ORDERS that Special Condition 3 be amended as specified herein, and ADOPTS the Amended Special Condition of Release, attached as Exhibit A to the parties' stipulation.

Dated: June 22, 2021

Troy L. Nunley
United States District Judge